UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

IN RE:                              )     CASE NO: 07-10936-399
                                    )
GREGORY ALLEN BIXLER               )
                                    )     CHAPTER 13
BETH MARIE BIXLER                  )
                                    )
                 DEBTOR(S)         )

LIST OF UNCLAIMED FUNDS AND ENTITIES
WHICH ARE ENTITLED TO PAYMENT

COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):

GREGORY ALLEN & BETH MARIE BIXLER
6 COUNTY HWY 527                     $              3.11

LILBOURN MO
444444              63862


                                    /s/ John V. LaBarge, Jr.
                                    -----------------------------------
DATE: September 30, 2010            JOHN V. LABARGE, JR.,
                                    CHAPTER 13 TRUSTEE
                                    P.O. Box 430908
                                    St. Louis, MO 63143
BG -091                             (314) 781-8100   trust33@ch13stl.com